United States District Court
District of South Carolina

FILED

# DOCUMENT

# NOT

# SCANNED

___✓___ Exceeds page limit of 200 pages

_____ Fourth Circuit Opinion (to view document go to 4th circuit website at www.ca4.uscourts.gov)

_____ Transcript/Deposition

_____ Physical condition of pleading prevents scanning

_____ Other:_____

# **REFER TO COURT FILE**

Copies of this document can be obtained for a fee by calling the appropriate office corresponding to the case number.

Located in Volume ___

164-165