United States District Court
District of South Carolina

FILED

LARRY ...  ...RK
U. S. D...  ...URT

# DOCUMENT

# NOT

# SCANNED

__✓__  Exceeds page limit of 200 pages

_____  Fourth Circuit Opinion (to view document go to 4th circuit website at www.ca4.uscourts.gov)

_____  Transcript/Deposition

_____  Physical condition of pleading prevents scanning

_____  Other:_____

# **REFER TO COURT FILE**

Copies of this document can be obtained for a fee by calling the appropriate office corresponding to the case number.

Located in Volume____

167, 168, 169